IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATALIYA SIMONENKO,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____/

No.  CIV.S-04-1886 DAD

ORDER

        On September 10, 2004, the court issued a scheduling order requiring plaintiff to file a motion for summary judgment and/or remand within a required time.  By order filed March 30, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution. Plaintiff has failed to respond to that order.

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that this action is
2 dismissed without prejudice for failure to prosecute.
3 DATED: May 4, 2005.

```
                                     /s/ Dale A. Drozd
                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE
```

DAD:lg
ddad1/orders.socsec/simonenko1886.dismiss